■ THEODORE W. KHEEL et al., Appellants, v EDWARD I. KOCH et al., Respondents. — Judgment, Supreme Court, New York County (Ryp, J.), entered on or about July 19, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Bloom and Fein, JJ.

■ BERNARD ROME et al., Petitioners, and ALBERT LEMISHOW, Appellant, v EDWARD I. KOCH et al., Respondents, and JAMES F. BASS et al., Constituting the Board of Elections of the City of New York, Respondents. — Judgment, Supreme Court, New York County (Klein, J.), entered on July 10, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of DAVID B. SAXE, Appellant, v NORMAN C. HARLOWE, as Substituted Candidate for PELHAM ST. GEORGE BISSELL, III, et al., Respondents, and JAMES F. BASS et al., Constituting the Board of Elections of the City of New York, Respondents. — Three judgments, Supreme Court, New York County (Tierney, J.), entered on or about August 20, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.

■ In the Matter of HENRY E. DEL ROSSO, Appellant, v JAMES F. BASS et al., Constituting the Board of Elections of the City of New York, Respondents, and DAVID K. ENG and BEVERLY C. JUNG et al., Respondents. — Judgment, Supreme Court, New York County (Tierney, J.), entered on August 25, 1981, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Markewich, J.P., Lupiano, Silverman, Bloom and Fein, JJ.